**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Confluence Energy, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1538063** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1809 -Hwy 9** **Kremmling, CO 80459** Number, Street, City, State & ZIP Code | **P.O. Box 126** **Walden, CO 80480** P.O. Box, Number, Street, City, State & ZIP Code |
| **Grand** County | **Location of principal assets, if different from principal place of business** **CO** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Confluence Energy, LLC**                                                      Case number (*if known*) _____
Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**3211**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

---

| Debtor | **Confluence Energy, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,000 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Confluence Energy, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 14, 2018**
                  MM / DD / YYYY

**X** ___/s/ Mark Mathis___                            **Mark Mathis**
      Signature of authorized representative of debtor            Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** ___/s/ Aaron A. Garber___               Date   **August 14, 2018**
      Signature of attorney for debtor                          MM / DD / YYYY

**Aaron A. Garber**
Printed name

**Buechler & Garber, LLC**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **720-381-0045**       Email address

**36099 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Confluence Energy, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 14, 2018**          *X* **/s/ Mark Mathis**
                                                  Signature of individual signing on behalf of debtor

                                                  **Mark Mathis**
                                                  Printed name

                                                  **Managing Member**
                                                  Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Confluence Energy, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,900,000.00** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$4,680,000.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$5,860,000.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Confluence Energy, LLC**                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Hudson Tool Steel Crop.** 2198 S. Dupont Dr. Anaheim, CA 92806 | **7/3/18** | **$10,285.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **Kelly Johnson, Inc.** 5874 County Road 22 Kremmling, CO 80459 | **6/18/18; 6/25/18; 6/29/18; 7/2/18; 7/6/18; 7/11/18; 7/17/18; 7/23/18** | **$12,625.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **Mountain Parks Electric, Inc.** PO Box 170 Granby, CO 80446 | **5/14/18; 5/29/18; 6/14/18; 6/27/18** | **$68,583.93** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **MPM Corp.** PO Box 186 Encampment, WY 82325 | **7/23/18** | **$12,262.68** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **Napa - Walden** PO Box 217 Walden, CO 80480 | **5/17/18-7/30/18** | **$8,654.35** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | **Nations Equipment Finance** 501 Merritt Seven Norwalk, CT 06851 | **5/14/18; 6/12/18; 7/12/18** | **$12,008.73** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Lease** |
| 3.7. | **Pinnacol Assurance** PO Box 561434 Denver, CO 80256 | **5/14/18; 6/1/18; 6/27/18** | **$6,670.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.8. | **Saratoga Forest Mnagement, LLC** 507 E. Bridge St. PO Box 1209 Saratoga, WY 82331 | **6/5/18; 6/11/18; 6/18/18; 6/27/18; 6/28/18; 7/12/18** | **$13,164.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor   **Confluence Energy, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. **Voltech Electric, Inc.**<br>**PO Box 305**<br>**Laramie, WY 82073** | 6/28/18 | $9,285.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 **Waldow and Daughter Trucking**<br>· **PO Box 609**<br>**Tabernash, CO 80478** | 5/4/18-7/3/18 | $23,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 **Wyoming Sales Tax Commissioner**<br>· **122 W. 25th Street, Herschler Bldg.**<br>**Cheyenne, WY 82002** | 5/18/18;<br>7/6/18;<br>7/26/18 | $9,395.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Sales Tax payments _ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mark Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498**<br>**Managing Member** | 9/7/17-6/30/18 | $519,620.50 | **Salary, bonus and expense reimbursement** |
| 4.2. **Charles Kurtz**<br>**123 Madison St.**<br>**Denver, CO 80206**<br>**Board Member** | 10/5/17 | $77,212.50 | **Loan Repayment** |
| 4.3. **Bruce Anderson**<br>**1776 Glencoe Street**<br>**Denver, CO 80220**<br>**Board Member** | 10/5/17 | $51,375.00 | **Loan Repayment** |
| 4.4. **Clarity Marketing**<br>**33205 Hwy 9**<br>**Silverthorne, CO 80498**<br>**Wife of Managing Member's company** | 9/27/17;<br>12/20/17;<br>5/30/18 | $15,652.00 | **Marketing work** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Confluence Energy, LLC**                                         Case number *(if known)*

�?

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 1:14-CV-2274-REG-KLM<br>Bryan McRveary vs<br>Confluence Energy | Overtime pay | Dist court of Colorado | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Confluence Energy, LLC**                                      Case number *(if known)* _____

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buechler & Garber, LLC**<br>**999 18th St., Suite 1230**<br>**Denver, CO 80202** | | **July 17, 2018;**<br>**August 13, 2018** | **$30,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Kevin Neiman**<br>**999 18th Street, Suite 1230-S**<br>**Denver, CO 80202** | | **July 11, 2018** | **$1,610.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Confluence Energy, LLC** | | Case number *(if known)* | |

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<div style="background:black;color:white">**Part 9:**</div> **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<div style="background:black;color:white">**Part 10:**</div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<div style="background:black;color:white">**Part 11:**</div> **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor   **Confluence Energy, LLC**                                    Case number *(if known)*

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Margaret Hawkins** | **3/1/15 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Confluence Energy, LLC**                                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **EKS& H Accounting**<br>**8181 East Tufts Ave #600**<br>**Denver, CO 80237** | **1-1-16 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Nuveen Asset Management**<br>**333 W. Wacker Dr**<br>**Chicago, IL 60606** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Margaret Hawkin** | **12-31-17** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Margaret Hawkin** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Mathis** | **33205 Highway 9**<br>**Silverthorne, CO 80498** | **Managing Member** | **43.54% across all shares** |
| **Bruce Anderson** | **1776 Glencoe Street**<br>**Denver, CO 80220** | **Board Member** | **2.53%** |
| **Charles Kurtz** | **Brown Lumber Sales, Co.**<br>**123 Madison #101**<br>**Denver, CO 80206** | **Director** | **6.97%** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Confluence Energy, LLC**                               Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Greg Bardin** | **Family Barden Ptr, LLP**<br>**2479 N. Rainbow Rd.**<br>**Durango, CO 81302** | **Board Member** | **2.08%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Influence Holdings, LLC** | **24800 Denso Dr., Suite 260**<br>**Southfield, MI 48033** | **Shareholder** | **29.46%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tom Parker** | **836 Troon**<br>**Highland, MI 48357** | **Board Member** | **1/11/13 to 12/1/17** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jeff Krause** | **1000 Town Center, Suite 1910**<br>**Southfield, MI 48075** | **Board Member** | **1/11/2014 to 12/1/18** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Michael Nowlan** | **157 Charles River St.**<br>**Needham, MA 02492** | **Board Member** | **12/1/17 to 1/1/18** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Mark Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | **See 4 (a)** | **9/7/17-6/30/18** | **Salary, bonus and expense reimbursement** |
| | Relationship to debtor<br>**Managing Member** | | | |
| 30.2 . | **Charles Kurtz**<br>**2625 E. 3rd Avenue**<br>**Denver, CO 80206** | **See 4 (a)** | **10/5/17** | **Loan repayment** |
| | Relationship to debtor<br>**Board Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Confluence Energy, LLC**                                     Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Bruce Anderson** **1776 Glencoe Street** **Denver, CO 80220** | See 4(a) | 10/5/17 | Loan Repayment |
| | Relationship to debtor **Board Member** | | | |
| 30.4. | **Clarity Marketing** **33205 Hwy 9** **Silverthorne, CO 80498** | See 4(a) | 9/27/17; 12/20/17; 5/30/18 | Payment for work done by company |
| | Relationship to debtor **Wife of Managing Member's Company** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 14, 2018**

**/s/ Mark Mathis**                                                        **Mark Mathis**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Fill in this information to identify the case:

Debtor name    **Confluence Energy, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3xM Grinding & Compost 59097 Banner Road Olathe, CO 81425 | | Trade Debt | | | | $27,140.00 |
| Dansons Incorporated 14608 134 Ave. Edmonton Alberta, Canada T5L4T4 | | Trade Debt | | | | $23,839.80 |
| Direct Plaistics, LLC 20 Stewart Court Orangeville Ontario, Canada L9W3Z9 | | Trade Debt | | | | $70,125.21 |
| Dorssers, Inc. PO Box 940 Blenheim ON, Canada N0P1A0 | | Trade Debt | | | | $52,562.00 |
| EKS & H 8181 East Tufts Ave., Suite 600 Denver, CO 80237 | | Trade Debt | | | | $34,415.60 |
| Forest Concepts LLC 3320 West Valley Hwy N., Suite D-110 Auburn, WA 98001 | | Trade Debt | | | | $65,000.00 |
| Grand County Treasurer PO Box 288 Hot Sulphur Springs, CO 80451 | | Trade Debt | | | | $51,437.40 |
| Jackson County PO Box 458 Walden, CO 80480 | | Trade Debt | | | | $46,176.50 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jacobs** **PO Box 727** **Harlan, IA 51537** | | Trade Debt | | | | $60,492.01 |
| **Kelly Johnson, Inc.** **5874 County Road 22** **Kremmling, CO 80459** | | Trade Debt | | | | $70,880.00 |
| **Mountain Parks Electric, Inc.** **PO Box 170** **Granby, CO 80446** | | Trade Debt | | | | $101,720.44 |
| **Nuveen Municipal High Income Opportunity Nuveen High Yield Municipal Bond Fund Nuveen Enhanced Municipal Value Fund 3393 W. Wacker Drive Northbrook, IL 60062** | | Mezzanine Note | | | | $679,000.00 |
| **OurPet's Company** **1300 East Street** **Fairpoint Harbor, OH 44077** | | Pre-paid Credits | | | | $22,612.00 |
| **Outlook Enterprises, LLC** **820 S. Lipan St., Suite 101** **Denver, CO 80223** | | Trade Debt | | | | $41,115.94 |
| **Polar Logging, Inc.** **PO Box 616** **Walden, CO 80480** | | Trade Debt | | | | $75,768.80 |
| **PT Brokers** **PO Box 1949** **Cleveland, MS 38732** | | Trade Debt | | | | $19,720.00 |
| **Saratoga Forest Management, LLC** **507 E. Bridge St.** **PO Box 1209** **Saratoga, WY 82331** | | Trade Debt | | | | $76,637.25 |
| **Tervita LLC** **PO Box 840730** **Dallas, TX 75284** | | Trade Debt | Contingent | | | $417,093.71 |
| **Tri-Cor** **27 Brookfield Drive** **Sparta, NJ 07871** | | Trade Debt | | | | $120,898.32 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Confluence Energy, LLC**                                         Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Bank, NA as Indenture Trustee 950 17th Street, Suite 1200 Denver, CO 80202** | | **Substantially all of debtors assets except for certain equipment and certain accounts receivable.** | | **$11,997,356.24** | **$10,353,253.00** | **$1,644,103.24** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

---

**Fill in this information to identify the case:**

Debtor name   **Confluence Energy, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.......................................................................  $    **1,863,947.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*....................................................................  $    **9,340,398.62**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*......................................................................  $    **11,204,345.62**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $    **12,363,460.33**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$    **2,585,632.04**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b           $    **14,949,092.37**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Confluence Energy, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| 3.1. | **Bank of the West** | **checking** | | $2,100.00 |
|---|---|---|---|---|

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $2,100.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    257,503.17    -    0.00    = ....    $257,503.17
      face amount                                    doubtful or uncollectible accounts

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | Case number *(If known)* | |
|--------|----------------------------|--------------------------|--|
| | Name | | |

| 12. | **Total of Part 3.** | **$257,503.17** |
|-----|----------------------|-----------------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **A current list of inventory used in all processes is attached.** | 6/30/16 | $0.00 | Comparable sale | $576,849.45 |

| 23. | **Total of Part 5.** | **$576,849.45** |
|-----|----------------------|-----------------|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.  Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Confluence Energy, LLC**                                   Case number *(If known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**  A complete list of office equipment is attached hereto | $0.00 | Recent cost | $14,667.00 |

| | | | |
|---|---|---|---|
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                            | $14,667.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**  A detailed list of machinery is attached and called "Rolling Stock" | $492,181.00 | Comparable sale | $756,086.00 |
| A detailed list of machinery and equipment used at each plant is attached and titled "Plant Equipment." | $0.00 | Tax records | $7,733,193.00 |

51.  **Total of Part 8.**                                                            | $8,489,279.00 |
Add lines 47 through 50.  Copy the total to line 87.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1809 - Hwy 9,<br>Kremling CO<br>22 acres<br>20,000 sq ft building** | Fee simple | $651,219.00 | Comparable sale | $651,219.00 |
| 55.2.  **1000 7CR 12W<br>Walden, CO 80480<br>99 acres<br>20,000 sq ft building** | Fee simple | $0.00 | Comparable sale | $1,212,728.00 |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

| $1,863,947.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets<br>Eco Sponge** | $0.00 | | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor       **Confluence Energy, LLC**                                    Case number *(If known)* _____
             Name

| **Pending Patent Application for System and Method for Pyrolysis of a Biomass** | $0.00 | | Unknown |

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Confluence Energy, LLC**                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $257,503.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $576,849.45 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,667.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,489,279.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $1,863,947.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,340,398.62 | + 91b. $1,863,947.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,204,345.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Trailer | 1972 | | $1,050 | $1,050 | Kremmling |
| | 1500 | 2005 | 1D7HU19N45S285235 | $5,255 | $5,255 | Kremmling |
| | 2500 | 2009 | 1GTHK63649F114402 | $4,175 | $18,000 | Marks house |
| | | | | $440 | $440 | Walden |
| | Trailer | 2013 | 4PSFD3221D1190718 | $8,801 | $8,801 | Kremmling |
| onal | 1954 | 1986 | 1htldtvn9hh476755 | $0 | $6,500 | Kremmling |
| | LTC4 | | | $239 | $239 | Kremmling |
| ch | Mule | 2013 | 1C9STE129D1195779 | $0 | $10,000 | Kremmling |
| ch | Mule | 2013 | 1C9STE127D1195778 | $0 | $10,000 | Kremmling |
| P | Portable Silo | 2008 | 1C9STD12981195670 | $0 | $10,000 | Walden |
| gle | | | | $499 | $499 | Kremmling |
| | | | | $66 | $66 | Walden |
| | VT627405AJ | 2015 | 1927096 | $500 | $500 | Kremmling |
| | Elevator Conveyor | 2001 | 995 | $0 | $2,021 | Kremmling |
| a | Trailer | 1997 | 4Y4HD2004WC000009 | $576 | $576 | Logging |
| | 3R 12.4.4x | | | $15,831 | $15,831 | Walden |
| | 3R 12.4.4x | | 1749191 | $10,097 | $10,097 | Walden |
| | CCS05011-A001 | | 21690 | $3,418 | $3,418 | Walden |
| C | CS-NBR | | DK121213-1US | $3,103 | $3,103 | Walden |
| C | CS-NBR | | DK201113-01US | $3,104 | $3,104 | Walden |
| | TTP-3C | | | $15,763 | $15,763 | Walden |
| | 178 | | 10009 | $3,104 | $3,104 | Walden |
| nade | | | | $50,000 | $100,000 | Kremmling |
| nade | | | | $50,000 | $100,000 | Kremmling |
| | 3 x5 double deck | | | $5,000 | | |
| nade | 8 x 10 doble deck | | | $5,000 | | Walden |
| nade | | | 1821475 | $20,000 | | Walden |
| ncept | 1 mill system | | | $30,000 | | Walden |
| nade | | | | $10,000 | | Walden |
| nade | | | | $25,000 | | Walden |
| | 2 / 12 inch/ 1 14 inch | | | $15,000 | | Walden |
| | 20 HP? | | | $10,000 | | Walden |
| | | | | **$492,181** | **$756,086** | |

**Description of Property**

CONFLUENCE ENERGY LLC

| Asset description | Date placed in service | Unadjusted cost or basis |
|---|---|---|
| 183 – DOG HOUSE | 04/30/2013 | 16,685. |
| 105 – Krem OFFICE BUILDIN | 11/15/2009 | 83,963. |
| 186 – BREAK ROOM REM | 01/17/2013 | 2,777. |
| 108 – LAPTOP | 11/01/2007 | 746. |
| 223 – NEW SERVER | 02/28/2013 | 8,206. |
| 181 – MCC ROOM | 08/14/2013 | 4,500. |
| 64 – CONVEYOR #4– BU | 07/15/2008 | 14,493. |
| 106 – Krem LAND | 07/01/2008 | 651,219. |
| 455 – WALDEN LAND | 03/15/2013 | 1,212,728. |

**Description of Property**

CONFLUENCE ENERGY LLC

| Asset description | Date placed in service | Unadjusted cost or basis |
|---|---|---|
| 275 – MANUAL BAGGER | 03/15/2013 | 2,417. |
| 276 – FIRE SUPPRESSI | 03/15/2013 | 68,511. |
| 279 – OFFICE EQUIP | 03/15/2013 | 2,938. |
| 282 – KICE FINES BLO | 03/15/2013 | 2,816. |
| 284 – BLISS ELIMINAT | 03/15/2013 | 20,484. |
| 292 – BLISS PIONEER | 03/15/2013 | 135,864. |
| 297 – BLISS LEVELER | 03/15/2013 | 2,240. |
| 302 – WOOD CHIP DRYI | 03/15/2013 | 248,091. |
| 303 – ADDER FOR SURG | 03/15/2013 | 231,719. |
| 313 – VERTICAL FILM | 03/15/2013 | 26,852. |
| 315 – COOLER AIR SYS | 03/15/2013 | 15,359. |
| 316 – HOT PELLET AIR | 03/15/2013 | 17,891. |
| 317 – COOLED WOOD PE | 03/15/2013 | 14,354. |
| 400 – FINES RETURN C | 03/15/2013 | 81,914. |
| 401 – BAL-ECP44206TR | 03/15/2013 | 12,252. |
| 416 – UNIT C MODEL 2 | 03/15/2013 | 39,450. |
| 417 – UNIT D MODEL 1 | 03/15/2013 | 2,724. |
| 421 – CONVEYOR 24"" | 03/15/2013 | 5,493. |
| 422 – ALL ALLEN BRAD | 03/15/2013 | 22,364. |

**Description of Property**

CONFLUENCE ENERGY LLC

| Asset description | Date placed in service | Unadjusted cost or basis |
|---|---|---|
| 424 – GOODMAN 24"" X | 03/15/2013 | 3,092. |
| 425 – NEW YORK BLOWE | 03/15/2013 | 1,903. |
| 427 – NEW YORK BLOWE | 03/15/2013 | 2,378. |
| 428 – NEW YORK BLOWE | 03/15/2013 | 2,854. |
| 430 – MULTI CLONES | 03/15/2013 | 28,540. |
| 431 – BUCKET ELEVATO | 03/15/2013 | 10,304. |
| 433 – ELECTROMAX 25 | 03/15/2013 | 3,284. |
| 435 – TRANSFORMERS | 03/15/2013 | 20,131. |
| 438 – AUGER | 04/30/2013 | 1,619. |
| 441 – WELDER | 05/31/2013 | 4,367. |
| 442 – CONTROLS | 09/30/2013 | 8,824. |
| 443 – LIGHT TOWERS | 06/27/2013 | 11,054. |

| | | |
|---|---|---|
| 445 - SCALE | 11/01/2013 | 14,322. |
| 446 - SEPTIC | 06/07/2013 | 19,363. |
| 447 - MACHINER PARTS | 08/13/2013 | 10,484. |
| 448 - HAMMERMILL | 09/06/2013 | 41,652. |
| 449 - CRUMBLER | 06/26/2013 | 66,486. |
| 468 - MOTOR FOR CHIP | 01/27/2014 | 1,409. |
| 469 - CONVEYOR BELT | 02/21/2014 | 1,674. |
| 470 - PELLET STOVE | 04/01/2014 | 3,483. |
| 471 - DRYER GEAR RED | 04/10/2014 | 5,957. |
| 529 - OVERHEAD DOOR | 03/20/2015 | 5,089. |
| 5 - CONVEYOR #1-50' | 07/15/2008 | 14,012. |
| 6 - CONVEYOR #5-CHAI | 07/15/2008 | 7,587. |
| 7 - CONVEYOR #6-CHAI | 07/15/2008 | 10,544. |
| 8 - CONVEYOR #7-BELT | 07/15/2008 | 11,904. |
| 9 - CONVEYOR-75' CHI | 07/15/2008 | 30,811. |
| 10 - CONVEYOR-25' WI | 11/15/2008 | 30,811. |
| 11 - LAIDIG PIT | 07/15/2008 | 340,083. |
| 12 - SCREW CONVEYOR | 07/15/2008 | 20,810. |
| 13 - SAWDUST BURNER | 07/15/2008 | 226,165. |
| 14 - AIR COMPRESSOR | 07/15/2008 | 43,232. |
| 16 - MULTI-CLONES | 07/15/2008 | 262,784. |
| 17 - SCREW CONVEYOR- | 07/15/2008 | 20,810. |
| 18 - SCREW CONVEYOR- | 07/15/2008 | 20,810. |
| 19 - WOOD CHIPPER CO | 07/15/2008 | 23,399. |
| 20 - HAMMER MILL | 07/15/2008 | 234,160. |
| 22 - SCREW CONVEYOR- | 07/15/2008 | 20,810. |
| 23 - BUCKET ELEVATOR | 07/15/2008 | 21,986. |
| 24 - SCREW CONVEYOR- | 07/15/2008 | 20,810. |
| 25 - SURGE BIN- PELL | 07/15/2008 | 40,689. |
| 26 - SURGE BIN- PELL | 07/15/2008 | 40,689. |
| 27 - SCREW CONVEYOR- | 07/15/2008 | 13,873. |
| 28 - SCREW CONVEYOR- | 07/15/2008 | 13,873. |
| 29 - SCREW CONVEYOR- | 07/15/2008 | 13,873. |
| 30 - SCREW CONVEYOR- | 07/15/2008 | 13,873. |
| 31 - PELLET MILL A | 07/15/2008 | 384,196. |
| 32 - PELLET MILL B | 07/15/2008 | 384,197. |
| 33 - CONVEYOR TO COO | 07/15/2008 | 23,399. |
| 34 - COOLER | 07/15/2008 | 168,014. |
| 35 - FINISHED PELLET | 07/15/2008 | 56,399. |
| 36 - SILOS A | 07/15/2008 | 84,786. |
| 37 - SILOS B | 07/15/2008 | 84,786. |
| 38 - SCREW CONVEYOR- | 07/15/2008 | 10,867. |
| 39 - SCREW CONVEYOR- | 07/15/2008 | 10,867. |
| 40 - BUCKET ELEVATOR | 07/15/2008 | 21,986. |
| 41 - ASPIRATOR | 07/15/2008 | 26,015. |
| | | |
| | | |

**Description of Property**

CONFLUENCE ENERGY LLC

| Asset description | Date placed in service | Unadjusted cost or basis |
|---|---|---|
| 42 – HAMER | 07/15/2008 | 186,857. |
| 44 – PALLETIZER | 07/15/2008 | 306,683. |
| 45 – WRAPPER | 07/15/2008 | 75,082. |
| 46 – DUCTING- MISCEL | 07/15/2008 | 131,066. |
| 47 – MPCI GEARS & CO | 07/15/2008 | 523,642. |
| 48 – FIRE SUPRESSION | 07/15/2008 | 110,466. |
| 50 – RECLAIM BLOWER | 07/15/2008 | 19,462. |
| 51 – FINISHED PELLET | 07/15/2008 | 22,005. |
| 52 – DRIER FAN | 07/15/2008 | 12,225. |
| 53 – HAMMER MILL AIR | 07/15/2008 | 9,169. |
| 54 – FUEL FAN | 07/15/2008 | 6,113. |
| 55 – ASPIRATOR FAN | 07/15/2008 | 6,113. |
| 56 – COOLER FAN | 07/15/2008 | 6,113. |
| 57 – TRANSFORMER EAS | 07/15/2008 | 35,164. |
| 58 – TRANSFORMER WES | 07/15/2008 | 35,164. |
| 59 – MAIN SWITCH | 07/15/2008 | 19,254. |
| 60 – TRUCK SCALE | 04/15/2008 | 55,050. |
| 69 – SPARK DETECTION | 05/15/2009 | 30,949. |
| 71 – SCREW CONVEYOR- | 05/15/2009 | 12,139. |
| 72 – SCREW CONVEYOR- | 05/15/2009 | 12,139. |
| 73 – PELLET MILL C | 05/15/2009 | 294,249. |
| 74 – PLANT EQUIPMENT | 05/15/2009 | 19,763. |
| 75 – PLANT EQUIPMENT | 09/15/2009 | 107,208. |
| 76 – PLANT EQUIP (YE | 07/01/2008 | 18,736. |
| 77 – HP BELDOR MOTOR | 12/08/2010 | 14,711. |
| 78 – MOTORS | 12/23/2010 | 33,627. |
| 110 – ELECTRIC MOTOR | 07/08/2011 | 27,500. |
| 111 – LAIDIG PIT ALL | 09/17/2011 | 14,000. |
| 112 – RDM LCG UNITS | 04/21/2011 | 188,800. |
| 113 – ASPIRATOR AND | 01/30/2012 | 3,724. |
| 115 – CRUMBLER | 04/30/2012 | 32,845. |
| 116 – PELLET MILL IM | 08/03/2012 | 44,012. |
| 118 – HAMMER MILL RO | 11/07/2012 | 20,488. |
| 187 – A MILL | 05/22/2013 | 38,226. |
| | | |
| | | |

**Description of Property**

CONFLUENCE ENERGY LLC

| Asset description | Date placed in service | Unadjusted cost or basis |
|---|---|---|
| 188 – AIR COMPRESSOR | 05/28/2013 | 9,828. |
| 189 – BAGHOUSE | 09/27/2013 | 19,045. |
| 192 – BURNER | 04/30/2013 | 5,691. |
| 193 – CRUMBLER/SEPTI | 06/28/2013 | 71,732. |
| 196 – DRYER/SURGE BI | 09/09/2013 | 418,910. |
| 199 – GRAY CONVEYOR | 04/30/2013 | 3,252. |
| 208 – SURGE BIN | 06/15/2013 | 30,293. |

| | | |
|---|---|---|
| 114-TAX - BAGHOUSE, | 04/30/2014 | 16,860. |
| 472 - ECO CHAR | 12/31/2014 | 153,480. |

**Description of Property**

CONSUMANCE ENERGY LLC

| | |
|---|---|
| | |
| | |

**Description of Property**

CONSUMANCE ENERGY LLC

| Asset  description | Date placed in service | Unadjusted cost or basis |
|---|---|---|
| 197 - ECOCHAR | 12/31/2014 | 438,743. |

| | | |
|---|---|---|
| 121 - MANLIFT | 06/27/2012 | 16,300. |
| 129 - CONVEYOR | 11/02/2012 | 8,900. |

|  | | On Hand | Avg Cost | Asset Value |
|---|---|---:|---:|---:|
| **Inventory** | | | | |
| **Logs/Chips** | | | | |
| | Fruitwood | 0.00 | 357.16 | 0.00 |
| | Hickory | 10.00 | 225.00 | 2,250.00 |
| | Mesquite | 0.00 | 208.33 | 0.00 |
| | W Chips | 52.00 | 33.73 | 1,753.96 |
| | W Sawdust | 22.00 | 18.00 | 396.00 |
| | Logs/Chips - Other | 0.00 | 0.00 | 0.00 |
| Total Logs/Chips | | 84.00 | | 4,399.96 |
| **Nutrients** | | | | |
| | 4-6-4 Fertilizer | 1,730.00 | 0.39 | 674.70 |
| | Biochar - Big 1 yd. SS | 0.00 | 228.46 | 0.00 |
| | Biochar - Fines 1 yd. SS | 3.60 | 456.35 | 1,642.86 |
| | Biochar - Mixed 1 yd. SS | 0.00 | 602.93 | 0.00 |
| | Calcium Nitrate | 2.00 | 940.08 | 1,880.16 |
| | Citronella | 28.00 | 22.17 | 620.76 |
| | Compost | 23.00 | 24.41 | 561.43 |
| | Diatmaceous Earth | 0.00 | 0.48 | 0.00 |
| | Green Dye | 0.00 | 0.00 | 0.00 |
| | Guar Gum | 0.00 | 2,236.50 | 0.00 |
| | Gypsum | 0.00 | 119.23 | 0.00 |
| | Lime 1% | 0.00 | 464.65 | 0.00 |
| | Lime 2% | 4,886.00 | 0.32 | 1,563.52 |
| | Monocal | 0.00 | 1,140.65 | 0.00 |
| | Neem Powder | 0.00 | 6.71 | 0.00 |
| | OMRI Compost | 0.00 | 0.00 | 0.00 |
| | Osmocote Pro - 17-5-11 | 0.00 | 1.54 | 0.00 |
| | Peat Moss | 15.00 | 372.78 | 5,591.70 |
| | Perlite | 25.50 | 64.71 | 1,650.11 |
| | Portland Cement | 0.00 | 208.51 | 0.00 |
| | Sugar | 0.00 | 821.76 | 0.00 |
| | Sulphur | 0.00 | 745.63 | 0.00 |
| | Surfactant | 1,523.80 | 1.85 | 2,819.03 |
| | Switch Grass Pellets | 14.00 | 369.88 | 5,178.32 |
| | Urea | 0.00 | 740.92 | 0.00 |
| | Nutrients - Other | 0.00 | 421.34 | 0.00 |
| Total Nutrients | | 8,250.90 | | 22,182.59 |
| **Packaging** | | | | |
| | #1 Pallet | 331.00 | 3.53 | 1,168.43 |
| | Bags- EcoPett Crumbles | 1,523.00 | 16.86 | 25,677.78 |
| | Bags- EcoPett Pellets | 160.00 | 22.05 | 3,528.00 |
| | Bags- Garden Mix | 386.00 | 19.50 | 7,527.00 |
| | Bags- Garden Mulch | 857.00 | 18.50 | 15,854.50 |
| | Bags- High Country | 0.00 | 14.30 | 0.00 |
| | Bags- PFire | 52.00 | 17.21 | 894.92 |
| | Bags- Potting Soil | 589.00 | 20.47 | 12,056.83 |

| | | | |
|---|---:|---:|---:|
| **Bags- Rky Mtn** | | | 0.00 |
| Bag Handles | 0.00 | 1.26 | 0.00 |
| Bags- Rky Mtn | 7,263.00 | 16.72 | 121,437.36 |
| Total Bags- Rky Mtn | 7,263.00 | | 0.00 |
| Bags- Wood Chip  Mulch | 306.00 | 37.61 | 11,508.66 |
| Bags-Diatomaceous Earth B | 0.00 | 0.92 | 0.00 |
| Bags-Eco-Coop | 506.00 | 26.42 | 13,368.52 |
| Bags-EcoPett Pine Cat Litter | 245.00 | 160.97 | 39,437.65 |
| Bags-EcoPettPine CatLitter | 52.00 | 138.89 | 7,222.28 |
| Bags-OurPet's 10# | 139.00 | 113.55 | 15,783.45 |
| Bags-OurPet's CattyMan 10; | 72.00 | 120.28 | 8,660.16 |
| Bags - Blank | 389.00 | 11.42 | 4,442.38 |
| Bags - Eco Sponge | 2,731.00 | 11.19 | 30,559.89 |
| Bags - Super Eco | 3,100.00 | 8.40 | 26,040.00 |
| Bags -BBQ Competition | 244.00 | 19.47 | 4,750.68 |
| Bags -BBQ Hickory | 336.00 | 19.59 | 6,582.24 |
| Bags -BBQ Mesquite | 302.00 | 22.52 | 6,801.04 |
| Bags -Eco Flame | 2,048.00 | 13.27 | 27,176.96 |
| Bags -Pennington | 2,841.00 | 11.37 | 32,302.17 |
| Bulk Bag | 11,598.00 | 8.31 | 96,379.38 |
| Bulk Bag - Eco Char | 0.00 | 9.84 | 0.00 |
| CHEP Pallet | 0.00 | 16,362.50 | 0.00 |
| Chipboard | 3,200.00 | 0.51 | 1,632.00 |
| Clear Hoods | 0.00 | 0.00 | 0.00 |
| Heat Treated Pallet | 0.00 | 5.50 | 0.00 |
| Mercola Bag | 0.00 | 6,573.96 | 0.00 |
| Pallet Bands | 0.00 | 1.29 | 0.00 |
| Shrink Wrap | 4,095.00 | 2.07 | 8,476.65 |
| Stabulon Chipboard | 100.00 | 1.10 | 110.00 |
| Stickers - No Fly Zone | 1,500.00 | 0.21 | 315.00 |
| Stickers -Shavings | 0.00 | 0.15 | 0.00 |
| Top Sheet | 1,400.00 | 1.18 | 1,652.00 |
| UlineTelescope Carton | 13.00 | 31.49 | 409.37 |
| White Hoods | 0.00 | 1.78 | 0.00 |
| Packaging - Other | 0.00 | 0.00 | 0.00 |
| Total Packaging | 46,378.00 | | 410,317.94 |
| Total Inventory | 54,712.90 | | 436,900.49 |
| **Assembly** | | | |
| **BBQ Pellets** | | | |
| BBQ Pellets - Competition | 2.00 | 212.75 | 425.50 |
| BBQ Pellets - Hickory | 21.00 | 185.51 | 3,895.73 |
| BBQ Pellets - Mesquite | 0.00 | 199.27 | 0.00 |
| POP Display BBQ | 0.00 | 0.00 | 0.00 |
| BBQ Pellets - Other | 0.00 | 0.00 | 0.00 |
| Total BBQ Pellets | 23.00 | | 4,321.23 |
| **CAT LITTER** | | | |
| AW- WIP / Bulk Mercola | 0.00 | 348.84 | 0.00 |

| | | | |
|---|---|---|---|
| AW-Eco Pett 10# Bag | 0.03 | 323.46 | 9.70 |
| AW-Eco Pett 20# Bag | 2.07 | 339.85 | 703.50 |
| AW-Eco Pett Bulk | 5.49 | 320.69 | 1,760.58 |
| AW-Mercola 10# Bag | 0.00 | 620.48 | 0.00 |
| AW-Our Pet's 10# Bag | 0.00 | 692.45 | 0.00 |
| AW-Our Pet's 20# Bag | 0.00 | 455.26 | 0.00 |
| AW-Our Pet's Bulk | 0.00 | 291.58 | 0.00 |
| AW-Our Pet's CattyMan 10# | 0.00 | 723.25 | 0.00 |
| CAT LITTER - Other | 0.00 | 0.00 | 0.00 |
| **Total CAT LITTER** | 7.59 | | 2,473.78 |
| **GARDEN** | | | |
| Garden Mulch | 24.00 | 130.19 | 3,124.53 |
| Outdoor Garden Mix | 7.00 | 176.17 | 1,233.19 |
| Potting Soil - | 6.00 | 248.78 | 1,492.69 |
| WIP / Bulk Garden Mulch | 37.76984 | 34.64 | 1,308.34 |
| WIP / Bulk Outdoor Garden | 0.00 | 66.60 | 0.00 |
| WIP / Bulk Potting Soil | 0.00 | 131.87 | 0.00 |
| WIP / Bulk Wood Chip Mulch | 0.00 | 59.43 | 0.00 |
| Wood Chip Mulch | 9.00 | 166.14 | 1,495.28 |
| GARDEN - Other | 0.00 | 0.00 | 0.00 |
| **Total GARDEN** | 83.76984 | | 8,654.03 |
| **HEATING PELLETS** | | | |
| AW-Bulk Heating | 0.00 | 163.19 | 0.00 |
| AW-Eco-Flame | 0.00 | 134.95 | 0.00 |
| AW-Green Eco SP | 0.00 | 125.30 | 0.00 |
| AW-High Country | 0.00 | 179.30 | 0.00 |
| AW-Nature's Heat | 0.00 | 181.55 | 0.00 |
| AW-Platinum Fire | 20.00 | 150.07 | 3,001.46 |
| AW-Rocky Mountain | 153.00 | 144.94 | 22,176.37 |
| SD-Eco-Flame | 0.00 | 170.63 | 0.00 |
| SD-Platinum Fire | 15.00 | 168.93 | 2,533.89 |
| SD-Rocky Mountain | 28.00 | 168.29 | 4,712.07 |
| HEATING PELLETS - Other | 0.00 | 4.26 | 0.00 |
| **Total HEATING PELLETS** | 216.00 | | 32,423.79 |
| **O&G** | | | |
| AK-Eco Sponge HD#4 | 0.00 | 143.32 | 0.00 |
| AW-Eco Sponge  White | 0.00 | 129.21 | 0.00 |
| AW-Eco Sponge BULK | 0.00 | 146.18 | 0.00 |
| AW-Eco Sponge HD#1 (P) | 3.00 | 156.70 | 470.09 |
| AW-Eco Sponge HD#4 | 340.00 | 160.82 | 54,679.49 |
| AW-Eco Sponge HD#7 | 148.00 | 153.27 | 22,684.13 |
| AW-Eco Sponge HD#9 | 0.00 | 159.08 | 0.00 |
| AW-Eco Sponge Polymer #1 | 40.00 | 110.37 | 4,414.80 |
| AW-O&G Eco Sponge Polym | 16.00 | 147.09 | 2,353.38 |
| AW-Pit Brine | 0.00 | 135.11 | 0.00 |
| AW - Sawdust | 0.00 | 82.54 | 0.00 |
| O&G - Other | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---:|---:|
| **Total O&G** | | 547.00 | 84,601.89 |
| **OTHER** | | | |
| | AK-EcoPett Crumbles | 0.00 | 156.01 | 0.00 |
| | AW- Hydromulch 40# bag | 1.50 | 228.75 | 343.13 |
| | AW- Logs Chips | 0.00 | 0.00 | 0.00 |
| | AW-Animal Bedding | 0.00 | 138.34 | 0.00 |
| | AW-Eco-Coop | 8.00 | 189.86 | 1,518.88 |
| | AW-EcoPett Crumbles | 0.00 | 173.71 | 0.00 |
| | AW-EcoPett Crumbles 55 | 1.00 | 178.67 | 178.69 |
| | AW-EcoPett Pellets | 22.00 | 148.98 | 3,277.65 |
| | AW-ES Retail Bagged | 12.00 | 145.98 | 1,751.78 |
| | AW-No Fly Zone 55 | 2.50 | 165.64 | 414.11 |
| | AW - Clorox Sawdust | 0.00 | 143.67 | 0.00 |
| | BSI - Remix Product | 0.00 | 35.16 | 0.00 |
| | Diatomaceous Earth | 0.00 | 1,540.78 | 0.00 |
| | NWP Tenn. Wood Grilling Pe | 0.00 | 220.00 | 0.00 |
| | ThermaGlo | 0.00 | 96.56 | 0.00 |
| | OTHER - Other | 0.00 | 0.00 | 0.00 |
| **Total OTHER** | | 47.00 | | 7,484.24 |
| **TrueChar** | | | |
| | AK - Biochar Big | 0.00 | 74.32 | 0.00 |
| | AK - Biochar Small-Single | 0.00 | 78.78 | 0.00 |
| | Biochar Retail Bag | 0.00 | 583.16 | 0.00 |
| | TrueChar - Other | 0.00 | 0.00 | 0.00 |
| **Total TrueChar** | | 0.00 | | 0.00 |
| **Total Assembly** | | 924 | | 139,958.96 |
| **TOTAL** | | **55,637** | | **576,859.45** |

5:15 PM
08/13/18

# Confluence Energy, LLC
## A/R Aging Summary
### As of August 13, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Haystack Hops | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 16.00 |
| Pine Country Feed | 0.00 | 0.00 | 0.00 | 0.00 | 16.20 | 16.20 |
| TCC Dairy Corp | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| A & A Pet Supply | 0.00 | 0.00 | 145.00 | 0.00 | 0.00 | 145.00 |
| Kim Bodemann | 0.00 | 207.28 | 0.00 | 0.00 | 0.00 | 207.28 |
| Continu Inc | 0.00 | 0.00 | 0.00 | 0.00 | 228.68 | 228.68 |
| A Better Chimney | 0.00 | 0.00 | 0.00 | 0.00 | 363.29 | 363.29 |
| ACW Supply | 0.00 | 580.00 | 0.00 | 0.00 | 0.00 | 580.00 |
| McConnell and Sons Greenhouse and Garden | 0.00 | 0.00 | 0.00 | 0.00 | 619.00 | 619.00 |
| Rinker | 0.00 | 858.00 | 0.00 | 0.00 | 0.00 | 858.00 |
| Neil Lunceford | 0.00 | 867.00 | 0.00 | 0.00 | 0.00 | 867.00 |
| Elk River Farm & Feed | 0.00 | 1,050.58 | 270.86 | 0.00 | 0.00 | 1,321.44 |
| UFP - ProBuy | 0.00 | 0.00 | 3,728.00 | 0.00 | -1,683.00 | 2,045.00 |
| Jax Mercantile | 0.00 | 2,097.32 | 0.00 | 0.00 | -1.50 | 2,095.82 |
| Coal Creek Trading Post | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Niwot Rental and Feed | 0.00 | 2,680.00 | 0.00 | 0.00 | 0.00 | 2,680.00 |
| Organix Supply | 1,260.00 | 2,520.00 | 0.00 | 0.00 | 0.00 | 3,780.00 |
| Murdoch's Ranch & Home Supply | 0.00 | 4,126.60 | 0.00 | 0.00 | 0.00 | 4,126.60 |
| Hot Kernels | 0.00 | 4,940.00 | 0.00 | 0.00 | 0.00 | 4,940.00 |
| Jill's Feed & Country Supply | 0.00 | 5,280.00 | 0.00 | 0.00 | 0.00 | 5,280.00 |
| Corporate Ace Hardware | 0.00 | 6,460.00 | 0.00 | 0.00 | -216.60 | 6,243.40 |
| Safeway Inc. | 0.00 | 9,414.89 | 0.00 | 0.00 | 0.00 | 9,414.89 |
| Gessi, LLC | 0.00 | 0.00 | 16,200.00 | 0.00 | 0.00 | 16,200.00 |
| Black Hills Bentonite Co LLC | 0.00 | 16,242.57 | 0.00 | 0.00 | 0.00 | 16,242.57 |
| Anchor Drilling Fluids USA, Inc. | 0.00 | 26,400.00 | 0.00 | 0.00 | 0.00 | 26,400.00 |
| Tractor Supply Co. | 3,960.00 | 7,920.00 | 47,520.00 | 0.00 | 0.00 | 59,400.00 |
| OurPet's Company | 0.00 | 91,153.00 | 0.00 | 0.00 | 0.00 | 91,153.00 |
| TOTAL | 5,220.00 | 182,877.24 | 67,863.86 | 0.00 | 1,542.07 | 257,503.17 |

**Fill in this information to identify the case:**

Debtor name  **Confluence Energy, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Bruce Anderson**<br>Creditor's Name<br><br>**1776 Glencoe Street**<br>**Denver, CO 80220**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/3/18**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Equipment described on Financing Statement**<br><br><br>Describe the lien<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300,000.00 | $457,000.00 |

| 2.2 | **Crestmark Bank**<br>Creditor's Name<br><br>**726 Highlandia Drive**<br>**Baton Rouge, LA 70818**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/23/14**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Factored Receivables**<br><br><br>Describe the lien<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $66,104.09 | $129,332.68 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor  **Confluence Energy, LLC**                                    Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,      ☐ Contingent
   including this creditor and its relative   ☐ Unliquidated
   priority.                        ☐ Disputed

_____

| 2.3 | **US Bank, NA as Indenture Trustee** | | **$11,997,356.24** | **$10,353,253.00** |

| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
**Substantially all of debtors assets except for certain equipment and certain accounts receivable.**

**950 17th Street, Suite 1200**
**Denver, CO 80202**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/1/13**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$12,363,460.33** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Adam Poe**<br>**1760 High Street**<br>**Denver, CO 80218** | Line **2.1** | |
| **Charles Kurtz**<br>**2625 E. 3rd Avenue**<br>**Denver, CO 80206** | Line **2.1** | |
| **Colorado Housing and Finance Authority**<br>**1981 Blake Street**<br>**Denver, CO 80202** | Line **2.3** | |
| **Karen Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | Line **2.1** | |
| **Mark Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | Line **2.1** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Confluence Energy, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|        |                                                                 |                                                                  | Total claim | Priority amount |
|--------|-----------------------------------------------------------------|------------------------------------------------------------------|-------------|-----------------|
| **2.1** | Priority creditor's name and mailing address                   | As of the petition filing date, the claim is:                    | **$0.00**   | $0.00           |
|        | **Colorado Department of Revenue**                              | *Check all that apply.*                                          |             |                 |
|        | **1375 Sherman Street**                                         | ☐ Contingent                                                     |             |                 |
|        | **Denver, CO 80261**                                            | ☐ Unliquidated                                                   |             |                 |
|        |                                                                 | ☐ Disputed                                                       |             |                 |
|        | Date or dates debt was incurred                                 | Basis for the claim:                                             |             |                 |
|        | Last 4 digits of account number                                 | Is the claim subject to offset?                                  |             |                 |
|        | Specify Code subsection of PRIORITY                             | ☑ No                                                             |             |                 |
|        | unsecured claim: 11 U.S.C. § 507(a) (8)                         | ☐ Yes                                                            |             |                 |

|        |                                                                 |                                                                  | Total claim | Priority amount |
|--------|-----------------------------------------------------------------|------------------------------------------------------------------|-------------|-----------------|
| **2.2** | Priority creditor's name and mailing address                   | As of the petition filing date, the claim is:                    | **$0.00**   | **$0.00**       |
|        | **Internal Revenue Service**                                    | *Check all that apply.*                                          |             |                 |
|        | **PO Box 7346**                                                 | ☐ Contingent                                                     |             |                 |
|        | **Philadelphia, PA 19101**                                      | ☐ Unliquidated                                                   |             |                 |
|        |                                                                 | ☐ Disputed                                                       |             |                 |
|        | Date or dates debt was incurred                                 | Basis for the claim:                                             |             |                 |
|        | Last 4 digits of account number                                 | Is the claim subject to offset?                                  |             |                 |
|        | Specify Code subsection of PRIORITY                             | ☑ No                                                             |             |                 |
|        | unsecured claim: 11 U.S.C. § 507(a) (8)                         | ☐ Yes                                                            |             |                 |

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Office of the Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Suite 4400**
**Washington, DC 20530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Office of the Attorney General**
**State of Colorado**
**1300 Broadway, 10th Floor**
**Denver, CO 80203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | | **$1,500.00** |
|---|---|---|---|

**1 World Sync**
**Dept 781341**
**PO Box 78000**
**Detroit, MI 48278**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | **$27,140.00** |
|---|---|---|---|

**3xM Grinding & Compost**
**59097 Banner Road**
**Olathe, CO 81425**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | | **$3,846.44** |
|---|---|---|---|

**4 Rivers Equipment**
**1100 E. Cheyenne Rd.**
**Colorado Springs, CO 80905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Confluence Energy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,612.50 |
|---|---|---|---|

**A1 Organics**
16350 WCR 76
Eaton, CO 80615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.80 |
|---|---|---|---|

**Ace Hardware Wheatland**
2304 Fertig Dr.
Wheatland, WY 82201

Date(s) debt was incurred  __2018__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Prepurchases__

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,575.00 |
|---|---|---|---|

**Ag Worx, LLC**
516 E. Red Bud Rd.
Kuna, ID 83634

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,748.04 |
|---|---|---|---|

**Alpha, Inc.**
PO Box 398640
San Francisco, CA 94139

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,237.92 |
|---|---|---|---|

**Anderson Krew Trucking LLC**
3803 N. 153rd St., Suite 100
Omaha, NE 68116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.04 |
|---|---|---|---|

**Anderson Krew Trucking LLC**
2316 W. 1000 N.
Vernal, UT 84078

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,596.00 |
|---|---|---|---|

**Auburn Tool & Machine, Inc.**
15865 West 5th Ave.
Golden, CO 80401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Confluence Energy, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Basin Concrete Trucking**
**PO Box 4264**
**Williston, ND 58802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,467.50**

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Biggs Electric LLC**
**7400 Ols W. Yellowstone Hwy**
**Casper, WY 82604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,625.23**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Blackwood Solutions, Inc.**
**PO Box 486**
**Bloomington, IN 47402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,802.00**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Buckeye Welding Supply C., Inc.**
**360 E. 8th Street**
**PO Box 1522**
**Greeley, CO 80632**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,328.51**

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Bullpen Trash LLC**
**PO Box 1056**
**Walden, CO 80480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$494.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**
**Carhart Feed and Seed**
**281 Guyrene St.**
**Dove Creek, CO 81324**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepurchases**

Is the claim subject to offset? ■ No ☐ Yes

**$581.40**

---

**3.17** | **Nonpriority creditor's name and mailing address**
**Century Link**
**Business Services**
**PO Box 52187**
**Phoenix, AZ 85072**

Date(s) debt was incurred __

Last 4 digits of account number  **6869**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,338.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.28 |
|---|---|---|---|

**Century Link**
PO Box 4300 Carol Stream
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __7346__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Century Link**
**Business Services**
PO Box 52187
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __6117__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,326.92 |
|---|---|---|---|

**CH Robinson Worldwide, Inc.**
PO Box 9121
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.84 |
|---|---|---|---|

**CHEP - USA**
Lockbox 15226 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,490.48 |
|---|---|---|---|

**CHEP Recycle Pallet Solutions**
Lockbox 849729
1950 N. Stemmons Fwy., Suite 5010
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,731.00 |
|---|---|---|---|

**CHFA**
1981 Blake St.
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $866.30 |
|---|---|---|---|

**Childers Sharpening Service, Inc,**
4769 S. Broadway
Englewood, CO 80113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,104.00 |
|---|---|---|---|

**Choice Building Supply Company, Inc.**
**525 N. Broadway**
**Cortez, CO 81321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Prebuys for product__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**CJ's Diesel LLC**
**601 Delmar St.**
**Sterling, CO 80751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Clarity Marketing**
**33205 Hwy 9**
**Silverthorne, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,310.40 |
|---|---|---|---|

**CMPR**
**100 B Street, Suite 400**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,856.20 |
|---|---|---|---|

**Co-op Country**
**1650 Hwy 6 And 50**
**Fruita, CO 81521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Prepaid product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,560.00 |
|---|---|---|---|

**Co-op Country**
**995 Main Street**
**Nucla, CO 81424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Prepurchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,100.00 |
|---|---|---|---|

**Colorado Gulf Packaging, Inc.**
**10975 E. 55th Ave., Suite B**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.32** | Nonpriority creditor's name and mailing address
**Compression Leasing Services, Inc.**
**5530 Joliet St.**
**Denver, CO 80239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,513.04**

---

**3.33** | Nonpriority creditor's name and mailing address
**Corkle Oil Co., LLC**
**PO Box 278 Walden, CO**
**Walden, CO 80480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,999.65**

---

**3.34** | Nonpriority creditor's name and mailing address
**Coyote**
**PO Box 742636**
**Atlanta, GA 30374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,556.68**

---

**3.35** | Nonpriority creditor's name and mailing address
**Dansons Incorporated**
**14608 134 Ave. Edmonton**
**Alberta, Canada T5L4T4**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,839.80**

---

**3.36** | Nonpriority creditor's name and mailing address
**Darnell Hardware, Inc.**
**1000 N. Main Street**
**Gunnison, CO 81230**

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid products**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,280.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Davis Graham Stubbs**
**1550 17th St., Suite 500**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,134.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**DDI Equipment**
**4600 Highway 50**
**Whitewater, CO 81527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,191.35**

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.00 |
|---|---|---|---|

**Delta Timber CO.**
**1915 N. Townsend**
**Montrose, CO 81401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,125.21 |
|---|---|---|---|

**Direct Plaistics, LLC**
**20 Stewart Court Orangeville**
**Ontario, Canada L9W3Z9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Division of Oil & Safety**
**PO Box 628**
**Denver, CO 80201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Don Clark Forestry, LLC**
**25 Medows Acres Rd.**
**Laramie, WY 82070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,987.62 |
|---|---|---|---|

**Dooley Oil**
**PO Box 370**
**Laramie, WY 82070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,562.00 |
|---|---|---|---|

**Dorssers, Inc.**
**PO Box 940 Blenheim**
**ON, Canada N0P1A0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,030.06 |
|---|---|---|---|

**DXP Enterprises, Inc.**
**PO Box 201791**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.30** |
|---|---|---|---|

**E 470 Express Toll**
**PO Box 5470**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|

**Ebele Bro's Trucking**
**7955 S. Field St.**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,415.60** |
|---|---|---|---|

**EKS & H**
**8181 East Tufts Ave., Suite 600**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,692.50** |
|---|---|---|---|

**Element Water Consulting, Inc**
**PO Box 140785**
**Denver, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,450.00** |
|---|---|---|---|

**Elk Mountain Services LLC**
**PO Box 14567**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |
|---|---|---|---|

**Elk River Farm & Feed**
**2680 Copper Ridge Cir.**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$463.40** |
|---|---|---|---|

**Energy Center - Manhattan Pool**
**528 Pillsbury Dr.**
**Manhattan, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Prepurchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,159.93** |
|---|---|---|---|
| | **Equustock, LLC** | ☐ Contingent | |
| | **8179-1 Starwood Drive** | ☐ Unliquidated | |
| | **Loves Park, IL 61111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,120.00** |
|---|---|---|---|
| | **Ernst Biomass, LLC** | ☐ Contingent | |
| | **8884 Mercer Pike** | ☐ Unliquidated | |
| | **Meadville, PA 16335** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,150.00** |
|---|---|---|---|
| | **Farm Trolleys** | ☐ Contingent | |
| | **3803 N. 153rd St., Suite 100** | ☐ Unliquidated | |
| | **Omaha, NE 68116** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$301.47** |
|---|---|---|---|
| | **FedEx Shipping** | ☐ Contingent | |
| | **PO Box 94515** | ☐ Unliquidated | |
| | **Palatine, IL 60094** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.01** |
|---|---|---|---|
| | **Fisher & Phillips LLP** | ☐ Contingent | |
| | **1801 California St.** | ☐ Unliquidated | |
| | **Denver, CO 80202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,352.53** |
|---|---|---|---|
| | **Fleisher's Transport Corp** | ☐ Contingent | |
| | **PO Box 642** | ☐ Unliquidated | |
| | **Kremmling, CO 80459** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$688.89** |
|---|---|---|---|
| | **Flinstone Gravel & Trucking, Inc.** | ☐ Contingent | |
| | **PO Box 950** | ☐ Unliquidated | |
| | **Granby, CO 80446** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Confluence Energy, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |
|---|---|---|---|
| | **Focus Parking**<br>**PO Box 22811**<br>**Denver, CO 80222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|
| | **Forest Concepts LLC**<br>**3320 West Valley Hwy N., Suite D-110**<br>**Auburn, WA 98001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,104.00** |
|---|---|---|---|
| | **Fullmer's Ace Hardware**<br>**820 Tomichi Ave**<br>**Gunnison, CO 81230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Prebuys for product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|
| | **Gard'n Wise Distributors**<br>**12770 E. 39th Ave. A**<br>**Denver, CO 80239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Prepurchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64.98** |
|---|---|---|---|
| | **Glenn E. Sessions & Sons, Inc.**<br>**PO Box 1079**<br>**Walden, CO 80480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,628.00** |
|---|---|---|---|
| | **GoGreen**<br>**937 A Street**<br>**Greeley, CO 80631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.76** |
|---|---|---|---|
| | **Grainger**<br>**11200 E. 210 Hwy**<br>**Kansas City, MO 64161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$413.77** |
|---|---|---|---|

**Grand County Clerk**
**PO Box 210 Sulphur**
**Hot Sulphur Springs, CO 80451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,437.40** |
|---|---|---|---|

**Grand County Treasurer**
**PO Box 288**
**Hot Sulphur Springs, CO 80451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,395.69** |
|---|---|---|---|

**Green Globe Services**
**10198 Guilford Road**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,678.40** |
|---|---|---|---|

**Guar Resources, LLC**
**PO Box 528**
**Brownfield, TX 79316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Hammer Services LLC**
**PO Box 922**
**Rangely, CO 81648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,426.11** |
|---|---|---|---|

**Harry Corkle Construction**
**PO Box 306**
**Walden, CO 80480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,635.10** |
|---|---|---|---|

**High Country Hard Rock**
**725 Sandhill Cir.**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Highland Ranch, LLC**
**PO Box 36**
**Cowdrey, CO 80434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,741.00**

**Hill Pallets**
**Mark Hill**
**1609 Shetland Dr.**
**Laramie, WY 82070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.27**

**Hire Right**
**PO Box 847891**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,429.60**

**IMCO Trailers**
**4565 E. 74th Ave.**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$438.33**

**Indian Peaks Rental, LLC**
**PO Box 269 Tabernash**
**Tabernash, CO 80478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00**

**ISN Software Corporation**
**PO Box 841808**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,176.50**

**Jackson County**
**PO Box 458**
**Walden, CO 80480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,492.01 |
|---|---|---|---|

Jacobs
PO Box 727
Harlan, IA 51537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

JRP Transport, LLC
PO Box 1017
Berthoud, CO 80513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |
|---|---|---|---|

Karen Mathis
33205 Highway 9
Silverthorne, CO 80498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

Keith Raulston Trucking
663 CR 2239
Bagwell, TX 75412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,880.00 |
|---|---|---|---|

Kelly Johnson, Inc.
5874 County Road 22
Kremmling, CO 80459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,824.88 |
|---|---|---|---|

KPTreeclearing and Wquipment Services
PO Box 836
Walden, CO 80480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

KW Trucking
PO Box 1284
Granby, CO 80446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,809.28**

**Laidig Systems, Inc.**
**14535 Dragoon Trail**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lawson Products, Inc**
**PO Box 809401**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,885.90**

**LidoChem**
**PO Box 75324**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,417.00**

**Mark Mathis**
**33205 Highway 9**
**Silverthorne, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$886.00**

**Marsh Holding Company LLC**
**475 Melody Lane**
**Grand Junction, CO 81501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Meadows Market**
**7100 Sun Country Dr.**
**Elizabeth, CO 80107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Prepurchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,486.30**

**MET, LLC**
**6771 Boone Road**
**Boone, CO 81025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.96

**MJK Sales and Feed, Inc.**
2315 W. 1st St.
Craig, CO 81625

Date(s) debt was incurred  __2018__
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Prepurchases__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.00

**Monte Vista Co-op**
1901 E. Hwy 160
Monte Vista, CO 81144

Date(s) debt was incurred  __2018__
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Prepurchases__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.82

**Motion Industries**
5885 Stapleton Dr. N. #C312
Denver, CO 80216

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,720.44

**Mountain Parks Electric, Inc.**
PO Box 170
Granby, CO 80446

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,102.32

**Napa - Walden**
PO Box 217
528 Main St.
Walden, CO 80480

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.00

**North Park Propane, LLC**
308 Grant St.
PO Box 278
Walden, CO 80480

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.93

**Northwest Ranch Supply, Inc.**
PO Box 535
Kremmling, CO 80459

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$920.00** |
|---|---|---|---|

**Northwest Registered Agent**
**906 W. 2nd Ave., Suite 100**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,902.25** |
|---|---|---|---|

**Norwood Paper, Inc**
**7001 W. 60th Street**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$679,000.00** |
|---|---|---|---|

**Nuveen Municipal High Income Opportunity**
**Nuveen High Yield Municipal Bond Fund**
**Nuveen Enhanced Municipal Value Fund**
**3393 W. Wacker Drive**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Mezanine Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,414.00** |
|---|---|---|---|

**NWP Jasper, LLC**
**Gary Amenta**
**13 Crow Hill Road**
**Uncasville, CT 06382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,021.20** |
|---|---|---|---|

**Oliver Rig Service, Inc.**
**PO Box 3030**
**Rock Springs, WY 82902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**On Road Service**
**1437 North Denver Ave.**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,410.00** |
|---|---|---|---|

**Oregon Biochar Solutions LLC**
**2350 Ave G**
**White City, OR 97503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,612.00**

**OurPet's Company**
**1300 East Street**
**Fairpoint Harbor, OH 44077**

Date(s) debt was incurred _
Last 4 digits of account number  **2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pre-paid Credits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,115.94**

**Outlook Enterprises, LLC**
**820 S. Lipan St., Suite 101**
**Denver, CO 80223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$751.83**

**Philadelphia Insurance Comapnies**
**PO Box 70251**
**Philadelphia, PA 19176**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$444.00**

**Pioneer Ace Hardware**
**4100 Sabana Grande Ave SE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepurchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00**

**Pittington Logging**
**PO Box 616**
**Walden, CO 80480**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,768.80**

**Polar Logging, Inc.**
**PO Box 616**
**Walden, CO 80480**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,987.75**

**Polsinelli PC**
**PO Box 878681**
**Kansas City, MO 64187**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,215.00**

**Pro Pallet**
**920 E. Collins**
**Eaton, CO 80615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,748.00**

**Professional Rig Services**
**PO Box 1059**
**Pinedale, WY 82941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$311.27**

**ProTreat Technology Corp**
**PO Box 16640**
**Golden, CO 80402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,720.00**

**PT Brokers**
**PO Box 1949**
**Cleveland, MS 38732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.48**

**Rage Unlimited**
**1715 Pearl St., Suite C**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.00**

**Rangely True Value**
**105 W. Main St.**
**Rangely, CO 81648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Prepurchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.00**

**Ray Sheridan**
**3823 Shawnee Way**
**Aurora, CO 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
|---|---|---|---|

**3.123** Nonpriority creditor's name and mailing address

Rethceif Packaging
4200 Industrial Pkwy.
Ossian, IN 46777

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,423.96**

---

**3.124** Nonpriority creditor's name and mailing address

Reynolds Transportation LLC
PO Box 2437
Gillette, WY 82717

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.125** Nonpriority creditor's name and mailing address

Riatta Enterprises, LLC
3330 -80 Frontage Road
Cheyenne, WY 82009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,000.00**

---

**3.126** Nonpriority creditor's name and mailing address

Roubidoux Trucking
PO Box 1123
Walden, CO 80480

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,050.00**

---

**3.127** Nonpriority creditor's name and mailing address

Rubin Brown
PO Box 790379
Saint Louis, MO 63179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.128** Nonpriority creditor's name and mailing address

S.F. Sparks
24742 CR T
Dolores, CO 81323

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,120.00**

---

**3.129** Nonpriority creditor's name and mailing address

Salida Fire Extinguisher
944 E. Rainbow Blvd., #302
Salida, CO 81201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$448.85**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00**

**Samuelsons True Value**
**456 Breeze St.**
**Craig, CO 81625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Last 4 digits of account number __

Basis for the claim:  __Prepurchases__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,637.25**

**Saratoga Forest Management, LLC**
**507 E. Bridge St.**
**PO Box 1209**
**Saratoga, WY 82331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00**

**Sasquatch Alarms & Communications**
**PO Box 504**
**Fraser, CO 80442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.07**

**Schenck Process LLC**
**PO Box 19747**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**Schlieker Transportation**
**7128 CR 19**
**Fort Lupton, CO 80621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Secretary of State of Texas**
**PO Box 13697**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,250.00**

**Secure Energy Services USA, LLC**
**5807 Front Street West Williston**
**Williston, ND 58801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Confluence Energy, LLC** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**Sharp, Steinke, Sherman & Engle LLC**<br>**401 Lincoln Ave.**<br>**PO Box 774608**<br>**Steamboat Springs, CO 80477**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $922.56 |

| | | | |
|---|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**Strad Oilfield Services Inc.**<br>**600 17th St., Suite 1400N**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,350.00 |

| | | | |
|---|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Stray Horse Arts, Inc**<br>**dba: Mastin Group**<br>**1537 Soda Springs Road**<br>**Leadville, CO 80461**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $77.18 |

| | | | |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Tarpon Energy Services, LLC**<br>**Department CH 19870**<br>**Palatine, IL 60055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,298.25 |

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Ten CO, LLC**<br>**PO Box 2095**<br>**Riverton, WY 82501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,355.00 |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Tervita LLC**<br>**PO Box 840730**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $417,093.71 |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**The Organic Mechanics Soil Company, LLC**<br>**PO Box 272**<br>**Modena, PA 19358**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,662.67 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Confluence Energy, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$987.50** |
| | **Timber Products Inspection** | ☐ Contingent | |
| | PO Box 191 | ☐ Unliquidated | |
| | Conyers, GA 30012 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,089.68** |
| | **Timberline Builders Supply** | ☐ Contingent | |
| | PO Box 277 | ☐ Unliquidated | |
| | Walden, CO 80480 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,930.72** |
| | **Todd Construction and Logging, Inc.** | ☐ Contingent | |
| | PO Box 1657 | ☐ Unliquidated | |
| | Laramie, WY 82073 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,489.78** |
| | **Town of Kremmling** | ☐ Contingent | |
| | PO Box 538 | ☐ Unliquidated | |
| | Kremmling, CO 80459 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$440.00** |
| | **TPE Services, Inc.** | ☐ Contingent | |
| | 7108 S. Alton Way | ☐ Unliquidated | |
| | Bldg. L, Suite B. | ☐ Disputed | |
| | Centennial, CO 80112 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
| | **Transpro Inc.** | ☐ Contingent | |
| | 7301 SW Frontage Rd., Suite 3 | ☐ Unliquidated | |
| | Fort Collins, CO 80528 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,898.32** |
| | **Tri-Cor** | ☐ Contingent | |
| | 27 Brookfield Drive | ☐ Unliquidated | |
| | Sparta, NJ 07871 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Confluence Energy, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,571.25 |
|---|---|---|---|

**Trustland Oilfield**
**720 Western Ave.**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $583.65 |
|---|---|---|---|

**Twin Ports Testing, Inc.**
**1301 N. 3rd St.**
**Superior, WI 54880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,995.00 |
|---|---|---|---|

**UFP Windsor, LLC**
**15 Walnut St.**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Prepaid product**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,656.28 |
|---|---|---|---|

**ULine**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,152.70 |
|---|---|---|---|

**Ungerer & Company**
**4 Bridgewater Lane**
**Lincoln Park, NJ 07035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.21 |
|---|---|---|---|

**UPS**
**Lockbox 557**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Valley Ace Westcliffe**
**1 Enterprise Dr.**
**Westcliffe, CO 81252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Prepurchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Confluence Energy, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address

**Virgil Hyatt**
PO Box 852
Walden, CO 80480

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,070.90**

---

**3.159** | Nonpriority creditor's name and mailing address

**Wagner Equipment CO.**
PO Box 919000
Denver, CO 80291

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,459.29**

---

**3.160** | Nonpriority creditor's name and mailing address

**Wagner Rents, Inc.**
PO Box 911291
Denver, CO 80291

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,838.13**

---

**3.161** | Nonpriority creditor's name and mailing address

**Walden Reservior Company**
PO Box 15
Cowdrey, CO 80434

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.162** | Nonpriority creditor's name and mailing address

**Western Slope Beverage**
PO Box 3779
Eagle, CO 81631

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$63.64**

---

**3.163** | Nonpriority creditor's name and mailing address

**Whiterider Trucking Inc.**
8726 Medow Creek Dr.
Highlands Ranch, CO 80126

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,320.00**

---

**3.164** | Nonpriority creditor's name and mailing address

**Willford Trucking, LLC**
PO Pox 14
Cowdrey, CO 80434

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$189.00**

---

Debtor   **Confluence Energy, LLC**                                   Case number (if known) _____
         Name

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $648.34 |
|---|---|---|---|

**Wyatt Redi Mix CO**
**PO Box 1052**
**Walden, CO 80480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kevin J. Walsh**<br>**Mintz, Levin, Cohn, Ferris, Glovsky and**<br>**One Financial Center**<br>**Boston, MA 02111** | Line  3.104<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,585,632.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,585,632.04 |

Fill in this information to identify the case:

Debtor name **Confluence Energy, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Purchase agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Clorox**<br>**1221 Broadway**<br>**Oakland, CA 94612** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases** |
| State the term remaining | |
| List the contract number of any government contract | **Nations Fund I, Inc.**<br>**PO Box 203106**<br>**Dallas, TX 75320-3106** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Stewardship agreement** |
| State the term remaining | **3 years** |
| List the contract number of any government contract | **United States Forest Service**<br>**1400 Independence Ave, SW**<br>**Washington, DC 20250-1111** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Confluence Energy, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re    **Confluence Energy, LLC**            Case No.

                          Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Poe**<br>**90 Eudora St.**<br>**Denver, CO 80220** | **Class A** | **125,000** | **Membership** |
| **Adam Poe**<br>**90 Eudora St.**<br>**Denver, CO 80220** | **Class C** | **8,451** | **Membership** |
| **Brown Lumber Sales, Co.**<br>**123 Madison #101**<br>**Denver, CO 80206** | **Class C** | **17,671** | **Membership** |
| **Brown Lumber Sls, Co.**<br>**123 Madison, #101**<br>**Denver, CO 80206** | **Class A** | **375,000** | **Membership** |
| **Bruce Anderson**<br>**1776 Glencoe Street**<br>**Denver, CO 80220** | **Class A** | **125,000** | **Membership** |
| **Bruce Anderson**<br>**1776 Glencoe Street**<br>**Denver, CO 80220** | **Class C** | **17,624** | **Membership** |
| **Donald Dempsey**<br>**PO Box 3454**<br>**Winter Park, CO 80482** | **Class B** | **12500** | **Membership** |
| **Eco Oil**<br>**4183 S. Eudora St.**<br>**Englewood, CO 80113** | **Class C** | **17,711** | **Membership** |
| **Ed Kladny**<br>**PO Box 529**<br>**Granby, CO 80446** | **Class B** | **500** | **Membership** |
| **Family Barden Ptr, LLP**<br>**2479 N. Rainbow Rd.**<br>**Durango, CO 81302** | **Class A** | **100,000** | **Membership** |
| **Family Barden Ptr, LLP**<br>**2479 N. Rainbow Rd.**<br>**Durango, CO 81302** | **Class C** | **17,081** | **Membership** |
| **George Stewart**<br>**PO Box 25**<br>**Gallatin Gateway, MT 59730** | **Class C** | **8,851** | **Membership** |

Sheet 1 of 4 in List of Equity Security Holders

In re:  **Confluence Energy, LLC**                                             Case No. _____

_____
                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Influence Holdings, LLC**<br>**24800 Denso Dr., Suite 260**<br>**Southfield, MI 48033** | **Common** | **300,000** | **Membership** |
| **Influence Holdings, LLC**<br>**24800 Denso Dr., Suite 260**<br>**Southfield, MI 48033** | **Class A** | **1,240,000** | **Membership** |
| **Influence Holdings, LLC**<br>**24800 Denso Dr., Suite 260**<br>**Southfield, MI 48033** | **Class C** | **121,000** | **Membership** |
| **Jason Dawkins**<br>**5540 E. 4th Ave.**<br>**Denver, CO 80220** | **Class B** | **11622** | **Membership** |
| **Jason Funk**<br>**PO Box 1174**<br>**Kremmling, CO 80459** | **Class B** | **500** | **Membership** |
| **John & Kelly Berry Family, LLC**<br>**8619 Tipsico**<br>**Holly, MI 48442** | **Class C** | **17,701** | **Membership** |
| **JPND**<br>**235 E. Lake St.**<br>**Wayzata, MN 55391** | **Class C** | **4,032** | **Membership** |
| **Karen Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | **Class A** | **150,000** | **Membership** |
| **Kathleen Stang**<br>**PO Box 5201**<br>**Silverthorne, CO 80435** | **Class B** | **500** | **Membership** |
| **Margaret Hawkins**<br>**3206 S. Saint Paul St.**<br>**Denver, CO 80210** | **Class B** | **3500** | **Membership** |
| **Mark Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | **Common** | **2,100,000** | **Membership** |
| **Mark Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | **Class A** | **335,000** | **Membership** |

List of equity security holders consists of 4 total page(s)

In re:   **Confluence Energy, LLC**
_____      Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Mark Mathis**<br>**33205 Highway 9**<br>**Silverthorne, CO 80498** | **Class C** | **17,695** | **Membership** |
| **Michael Nowlan**<br>**157 Charles River St.**<br>**Needham, MA 02492** | **Class B** | **3,500** | **Membership** |
| **Michael Nowlan**<br>**157 Charles River St.**<br>**Needham, MA 02492** | **Class C** | **10,000** | **Membership** |
| **Michael Shearer**<br>**PO Box 1391**<br>**Kremmling, CO 80459** | **Class B** | **2,000** | **Membership** |
| **Michael Villalon**<br>**PO Box 1132**<br>**Walden, CO 80480** | **Class B** | **500** | **Membership** |
| **Neal Stanley**<br>**147 Garfield Street**<br>**Denver, CO 80206** | **Class B** | **3,000** | **Membership** |
| **SG II, LLC**<br>**1515 Wynkoop, Suite 700**<br>**Denver, CO 80202** | **Class A** | **250,000** | **Membership** |
| **Thomas Petrie**<br>**401 Jackson St.**<br>**Denver, CO 80206** | **Class A** | **100,000** | **Membership** |
| **Tom Parker**<br>**836 Troon**<br>**Highland, MI 48357** | **Class C** | **17,684** | **Membership** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **Confluence Energy, LLC** _____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **August 14, 2018** _____     Signature   **/s/ Mark Mathis** _____
                                                                     **Mark Mathis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Colorado**

In re    **Confluence Energy, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 14, 2018**

**/s/ Mark Mathis**
**Mark Mathis/Managing Member**
Signer/Title