| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | Confluence Energy, LLC | | Case #: | 18-17090-EEB |
| | First Name　Middle Name　Last Name | | | |
| Debtor 2: | | | Chapter: | 11 |
| | First Name　Middle Name　Last Name | | | |

## Local Bankruptcy Form 3022-1.1
## Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)

**Complete applicable sections.**

### Part 1  Report and Motion

Comes now the debtor, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;
2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A/B, attached hereto;
3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule A/B attached hereto;
4. That the debtor or the successor has assumed the business or the management of the property dealt with by the plan as applicable;
5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and
6. That all motions, contested matters, and adversary proceedings have been finally resolved.

WHEREFORE the debtor herein prays for the entry of the Final Decree pursuant to Fed. R. Bankr. P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

### Part 2  Signature of Debtor's Attorney

Dated: November 2, 2020

By: _Aaron A. Garber_
Signature

Bar Number: #36099
Mailing Address: 2580 West Main Street, Suite 200, Littleton, Colorado 80120
Telephone number: 303-296-1999
Facsimile number: 303-296-7600
E-mail address: agarber@wgwc-law.com

_[signature]_

For: Confluence Energy, LLC

Its: Plan Representative

| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | Confluence Energy, LLC | | Case #: | 18-17090-EEB |
| | First Name   Middle Name | Last Name | | |
| Debtor 2: | | | Chapter: | 11 |
| | First Name   Middle Name | Last Name | | |

## SCHEDULE A/B

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distribution |
|---|---|---|
| | | |
| | | |

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| Cash | $50,769.29 | Jackson County | June 1, 2020 |
| Cash | $75,000, $2,446, $19,876.02, $6,840 | Wadsworth Garber Warner Conrardy PC | September 8, 2020, September 30, 2020, October 6, 2020, October 6, 2020 |
| Cash | $1,350,000.00 | US Bank, N.A. | September 3, 2020 |
| Cash | $74,120.35 | Bradley Woods & Co, Ltd. | October 28, 2020 |
| Cash | 2.5% of Gross Revenue for four years | Unsecured creditors | annually |
| Cash | $19,290.81 | US Trustee | October 29, 2020 |

| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | Confluence Energy, LLC | | | Case #: | 18-17090-EEB |
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | | | | Chapter: | 11 |
| | First Name | Middle Name | Last Name | | |

**SCHEDULE C**

Payments completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

| | | |
|---|---|---|
| 1. | Trustee's commissions and expenses | $ N/A |
| 2. | Accountant's fees | $ N/A |
| 3. | Auctioneer's fees | $ 74,120.35 |
| 4. | Appraiser's fees | $ N/A |
| 5. | Attorney's fees | |
| | a. for creditors' committee | $ N/A |
| | b. for trustee | $ N/A |
| | c. for debtor | $ 104,162.02 |
| | d. other attorney's fees | $ N/A |
| 6. | Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) | $ N/A |
| 7. | Other non-operating costs of administration (US Trustee Fees) | $ 19,290.81 |
| 8. | **Total administrative payments/fees and taxes** | **$ 197,573.18** |

**Other Priority Payments:**

| | | |
|---|---|---|
| 1. | Post involuntary petition/pre-relief claims | $ N/A |
| 2. | Wages, etc. | $ N/A |
| 3. | Contributions to employee benefit plans | $ N/A |
| 4. | Deposits for undelivered service or property | $ N/A |
| 5. | Taxes (11 U.S.C. § 507(a)(6)) | $ |
| 6. | **Total other priority payments:** | **$** |

**Other Payments Completed Under the Plan:**

| | | |
|---|---|---|
| 1. | Payments to secured creditors | $ 1,400,769.29 |
| 2. | Payments to unsecured creditors | $ N/A |
| 3. | Payments to equity holders | $ N/A |
| 4. | Other distributions | $ N/A |
| 5. | **Total other payments completed under the plan** | **$ 1,400,769.29** |

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of November, 2020, a true and correct copy of the **Chapter 11 Final Report and Motion for Final Decree** were served via United States Mail, postage prepaid and addressed as attached:

/s/ Nichole Garber
For Wadsworth Garber Warner Conrardy P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-17090-EEB<br>District of Colorado<br>Denver<br>Thu Nov  5 15:15:05 MST 2020 | 1 World Sync<br>Dept 781341<br>PO Box 78000<br>Detroit, MI 48278-0001 | 3xM Grinding & Compost<br>59097 Banner Road<br>Olathe, CO 81425-9545 |
| 3xM Grinding and Compost<br>Kramer Fox & Associates, Inc<br>PO Box 151752<br>Austin, TX  78715-1752 | 4 Rivers Equipment<br>1100 E. Cheyenne Rd.<br>Colorado Springs, CO 80905-2829 | A1 Organics<br>16350 WCR 76<br>Eaton, CO 80615-8705 |
| Ace Hardware Wheatland<br>2304 Fertig Dr.<br>Wheatland, WY 82201-2147 | Adam Poe<br>1760 High Street<br>Denver, CO 80218-1306 | Ag Worx, LLC<br>516 E. Red Bud Rd.<br>Kuna, ID 83634-2376 |
| Alpha, Inc.<br>PO Box 2939<br>Turlock, CA 95381-2939 | Anderson Krew Trucking LLC<br>2316 W. 1000 N.<br>Vernal, UT 84078-8220 | Anderson Krew Trucking LLC<br>3803 N. 153rd St., Suite 100<br>Omaha, NE 68116-5176 |
| Auburn Tool & Machine, Inc.<br>15865 West 5th Ave.<br>Golden, CO 80401-5551 | Charles W. Azano<br>One Financial Center<br>Boston, MA 02111-2621 | Basin Concrete Trucking<br>PO Box 4264<br>Williston, ND 58802-4264 |
| Biggs Electric LLC<br>6101 Thirty Three Mile Road<br>Casper, WY 82604-9401 | (p)BLACKWOOD SOLUTIONS   INC<br>PO BOX 486<br>BLOOMINGTON IN 47402-0486 | Bruce Anderson<br>1776 Glencoe Street<br>Denver, CO 80220-1343 |
| Bryan McQueary in his representative capacit<br>Bruckner Burch PLLC<br>Attn: David I. Moulton<br>8 Greenway Plaza, Ste 1500<br>Houston, TX 77046-0804 | Buckeye Welding Supply C., Inc.<br>360 E. 8th Street<br>PO Box 1522<br>Greeley, CO 80632-1522 | Bullpen Trash LLC<br>PO Box 1056<br>Walden, CO 80480-1056 |
| (p)C H  ROBINSON WORLDWIDE   INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5093 | CHEP - USA<br>Lockbox 15226 Collections Center Dr.<br>Chicago, IL 60693-0001 | CHEP Recycle Pallet Solutions<br>Lockbox 849729<br>1950 N. Stemmons Fwy., Suite 5010<br>Dallas, TX 75207-3199 |
| CHFA<br>1981 Blake St.<br>Denver, CO 80202-1229 | CJ's Diesel LLC<br>601 Delmar St.<br>Sterling, CO 80751-4511 | CMPR<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 |
| COLORADO Gulf PACKAGING inc<br>10975 e 55th #B<br>Denver, CO 80239-2047 | Carhart Feed and Seed<br>281 Guyrene St.<br>Dove Creek, CO 81324-5133 | Carle, Mackie, Power & Ross LLP<br>100 B Street<br>Suite 400<br>Santa Rosa, CA 95401-6376 |

Century Link
Business Services
PO Box 52187
Phoenix, AZ 85072-2187

Century Link
PO Box 4300 Carol Stream
Carol Stream, IL 60197-4300

CenturyLink Communications
1025 El Dorado Blvd
Broomfield, CO 80021-8254

CenturyTel of Eagle, Inc
dba CenturyLink
1025 El Dorado Blvd
Broomfield, CO 80021-8254

Charles Kurtz
3400 E. Bayaud Avenue, #240
Denver, CO 80209-2927

Childers Sharpening Service, Inc,
4769 S. Broadway
Englewood, CO 80113-6804

Choice Building Supply Company, Inc.
525 N. Broadway
Cortez, CO 81321-2001

Clarity Marketing
33205 Hwy 9
Silverthorne, CO 80498-8943

Clorox
1221 Broadway
Oakland, CA 94612-1871

Co-op Country
1650 Hwy 6 And 50
Fruita, CO 81521-2042

Co-op Country
995 Main Street
Nucla, CO 81424-5031

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261-2200

Colorado Gulf Packaging, Inc.
10975 E. 55th Ave., Suite B
Denver, CO 80239-2047

Colorado Housing and Finance Authority
1981 Blake Street
Denver, CO 80202-1229

Compression Leasing Services, Inc
PO BOX 1629
Casper WY 82602-1629

Compression Leasing Services, Inc.
5530 Joliet St.
Denver, CO 80239-2006

Confluence Energy, LLC
P.O. Box 126
Walden, CO 80480-0126

Corkle Oil Co., LLC
PO Box 278 Walden, CO
Walden, CO 80480-0278

Coyote
PO Box 742636
Atlanta, GA 30374-2636

Coyote Logistics LLC
960 North Point Parkway
Suite 150
ATTN: Scotty McAliley
Alpharetta, GA 30005-4123

Crestmark Bank
726 Highlandia Drive
Baton Rouge, LA 70810-5912

DDI Equipment
4600 Highway 50
Whitewater, CO 81527-9446

DXP Enterprises, Inc.
PO Box 201791
Dallas, TX 75320-1791

Dansons Incorporated
14608 134 Ave. Edmonton
Alberta, Canada T5L4T4

Darnell Hardware, Inc.
1000 N. Main Street
Gunnison, CO 81230-2468

Darren A. Pascarella, Esq.
Farrell Fritz, P.C.
400 RXR Plaza
Uniondale, NY 11556-0120

Davis Graham & Stubbs LLP
Lauren Rowland
1550 17th St. #500
Denver, CO 80202-1500

Davis Graham Stubbs
1550 17th St., Suite 500
Denver, CO 80202-1500

Delta Timber CO.
1915 N. Townsend Ave.
Montrose, CO 81401-5928

Direct Plaistics, LLC
20 Stewart Court Orangeville
Ontario, Canada L9W3Z9

Direct Plastics Ltd., a Novolex Company
c/o Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Division of Oil & Safety
PO Box 628
Denver, CO 80201-0628

Don Clark Forestry, LLC
25 Medows Acres Rd.
Laramie, WY 82070-8524

Dooley Oil
PO Box 370
Laramie, WY 82073-0370

Dorssers Inc.
29 Industrial Avenue
Blenheim, Ontario, Canada, N0P 1A0

Dorssers, Inc.
PO Box 940 Blenheim
ON, Canada N0P1A0

E 470 Express Toll
PO Box 5470
Denver, CO 80217-5470

(p)EKS&H LLLP
8181 E TUFTS AVENUE STE 600
DENVER CO 80237-2579

Ebele Bro's Trucking
7955 S. Field St.
Littleton, CO 80128-5330

Element Water Consulting, Inc
PO Box 140785
Denver, CO 80214-0785

Elk Mountain Services LLC
PO Box 14567
Cincinnati, OH 45250-0567

Elk River Farm & Feed
2680 Copper Ridge Cir.
Steamboat Springs, CO 80487-5129

Energy Center - Manhattan Pool
528 Pillsbury Dr.
Manhattan, KS 66502-7005

Equustock, LLC
8179-1 Starwood Drive
Loves Park, IL 61111-5718

Ernst Biomass, LLC
8884 Mercer Pike
Meadville, PA 16335-9275

Farm Trolleys
3803 N. 153rd St., Suite 100
Omaha, NE 68116-5176

FedEx Shipping
PO Box 94515
Palatine, IL 60094-4515

Fisher & Phillips LLP
1801 California St.
Denver, CO 80202-2647

Fisher & Phillips LLP
Kathy Kubat
1075 Peachtree St NE
Atlanta GA 30309-3900

Fleischer's Transport Corp.
P.O. Box 642
Kremmling, CO 80459-0642

Fleisher's Transport Corp
PO Box 642
Kremmling, CO 80459-0642

Flinstone Gravel & Trucking, Inc.
PO Box 950
Granby, CO 80446-0950

Focus Parking
PO Box 22811
Denver, CO 80222-0811

Forest Concepts LLC
3320 West Valley Hwy N., Suite D-110
Auburn, WA 98001-2457

Fruita Consumers Cooperative Assn.
1650 Hwy b & 50
Fruita, CO 81521

Fullmer's Ace Hardware
820 Tomichi Ave
Gunnison, CO 81230

Aaron A Garber
2580 West Main Street
Suite 200
Littleton, CO 80120-4631

Gard'n Wise Distributors
12770 E. 39th Ave. A
Denver, CO 80239-3471

Glenn E. Sessions & Sons, Inc.
PO Box 1079
Walden, CO 80480

Go Green Pallet and Recycling Inc.
937 A Steet
Greeley, CO 80631-2019

GoGreen
937 A Street
Greeley, CO 80631-2019

Grainger
11200 E. 210 Hwy
Kansas City, MO 64161

Grand County Clerk
PO Box 210 Sulphur
Hot Sulphur Springs, CO 80451-0210

Grand County Treasurer
P.O. Box 288
Hot Sulphur Springs, CO 80451-0288

Green Globe Services
10198 Guilford Road
Jessup, MD 20794-9529

Guar Resources, LLC
PO Box 528
Brownfield, TX 79316-0528

Hammer Services LLC
PO Box 922
Rangely, CO 81648-0922

Harry Corkle Construction
PO Box 306
Walden, CO 80480-0306

High Country Hard Rock
725 Sandhill Cir.
Steamboat Springs, CO 80487-3114

Highland Ranch, LLC
PO Box 36
Cowdrey, CO 80434-0036

Hill Pallets
Mark Hill
1609 Shetland Dr.
Laramie, WY 82070-5390

Hire Right
PO Box 847891
Dallas, TX 75284-7891

IMCO Trailers
4565 E. 74th Ave.
Commerce City, CO 80022-1420

IRS
PO Box 7346
Philadelphia PA 19101-7346

ISN Software Corporation
PO Box 841808
Dallas, TX 75284-1808

Indian Peaks Rental, LLC
PO Box 269 Tabernash
Tabernash, CO 80478-0269

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JRP TRANSPORT  LLC
PO BOX 1017
BERTHOUD CO 80513-2017

Jackson County
PO Box 458
Walden, CO 80480-0458

Jacobs
PO Box 727
Harlan, IA 51537-0727

Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

KPTreeclearing and Wquipment Services
PO Box 836
Walden, CO 80480-0836

KW Truscking
PO Box 1284
Granby, CO 80446-1284

Karen Mathis
33205 Highway 9
Silverthorne, CO 80498-8943

Kathie Troudt Riley, P.C.
2903 Aspen Drive
Unit D
Loveland, CO 80538-2545

Keith Raulston Trucking
663 CR 2239
Bagwell, TX 75412-4413

Kelly Johnson, Inc.
5871 County Road 22
Kremmling, CO 80459-9703

Kevin J. Walsh
Mintz, Levin, Cohn, Ferris, Glovsky and
One Financial Center
Boston, MA 02111-2657

Kravitz&Co.PA  
121 Alhambra Plaza, 10th Floor  
Coral Gables, FL 33134-4540

Maxine LaBarre-Krostue  
P.O. Box 2197  
Grand Lake, CO 80447-2197

Laidig Systems, Inc.  
14535 Dragoon Trail  
Mishawaka, IN 46544-6814

Lambland, Inc.  
dba A-1 Organics  
16350 WCR 76  
Eaton, CO 80615-8705

Lawson Products, Inc  
PO Box 809401  
Chicago, IL 60680-9401

Levi D. Williamson  
PO Box 70  
Sterling, CO 80751-0070

LidoChem  
PO Box 75324  
Chicago, IL 60675-5324

MET, LLC  
6771 Boone Road  
Boone, CO 81025-9620

MJK Sales and Feed, Inc.  
2315 W. 1st St.  
Craig, CO 81625-3612

Mark Mathis  
33205 Highway 9  
Silverthorne, CO 80498-8943

Markit! Forestry Management LLC  
3370 Chuckwagon Road  
Colorado Springs, CO 80919-3501

Marsh Holding Company LLC  
475 Melody Lane  
Grand Junction, CO 81501-5038

Meadows Market  
7100 Sun Country Dr.  
Elizabeth, CO 80107-9398

Monte Vista Co-op  
1901 E. Hwy 160  
Monte Vista, CO 81144-9350

Paul Moss  
Byron G. Rogers Federal Building  
1961 Stout St.  
Ste. 12-200  
Denver, CO 80294-6004

Motion Industries  
5885 Stapleton Dr. N. #C312  
Denver, CO 80216-3311

Mountain Parks Electric, Inc.  
PO Box 170  
Granby, CO 80446-0170

Mountain Parks Electric, Inc.  
PO Box 70  
Attn: Levi D. Williamson  
Sterling, CO 80751-0070

NWP Jasper, LLC  
Gary Amenta  
13 Crow Hill Road  
Uncasville, CT 06382-1118

Napa - Walden  
PO Box 217  
528 Main St.  
Walden, CO 80480-0217

Nations Fund I, Inc.  
PO Box 203106  
Dallas, TX 75320-3106

Nations Fund I, LLC  
Farrell Fritz, P.C.  
Attn: Darren A. Pascarella, Esq.  
400 RXR Plaza  
Uniondale, NY 11556-0120

Kevin S. Neiman  
999 18th St.  
Ste., 1230 S  
Denver, CO 80202-2499

Garth J. Nicholls  
411 S. Tejon St.  
Ste., I  
Colorado Springs, CO 80903-2135

North Park Propane, LLC  
308 Grant St.  
PO Box 278  
Walden, CO 80480-0278

Northwest Ranch Supply, Inc.  
PO Box 535  
Kremmling, CO 80459-0535

Northwest Registered Agent  
906 W. 2nd Ave., Suite 100  
Spokane, WA 99201-4540

Norwood Paper, Inc  
7001 W. 60th Street  
Chicago, IL 60638-3100

Nuveen Asset Management, as representative f  
c/o Charles W. Azano, Esq.  
Mintz Levin  
One Financial Center  
Boston, MA 02111-2657

Nuveen Municipal High Income Opportunity  
Nuveen High Yield Municipal Bond Fund  
Nuveen Enhanced Municipal Value Fund  
3393 W. Wacker Drive  
Northbrook, IL 60062

| | | |
|---|---|---|
| Office of the Attorney General<br>State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, CO 80203-2104 | Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0009 | Oliver Rig Service, Inc.<br>PO Box 3030<br>Rock Springs, WY 82902-3030 |
| On Road Service<br>1437 North Denver Ave.<br>Loveland, CO 80538-5226 | Oregon Biochar Solutions LLC<br>2350 Ave G<br>White City, OR 97503-1012 | OurPet's Company<br>1300 East Street<br>Fairpoint Harbor, OH 44077-5573 |
| OurPets Company<br>1300 East Street<br>Fairport Harbor, OH 44077-5573 | Outlook Enterprises, LLC<br>820 S. Lipan St., Suite 101<br>Denver, CO 80223-2744 | PT Brokers<br>PO Box 1949<br>201 E Sunflower Rd<br>Cleveland, MS 38732-2715 |
| PT Brokers<br>PO Box 1949<br>Cleveland, MS 38732-4949 | Philadelphia Insurance Comapnies<br>PO Box 70251<br>Philadelphia, PA 19176-0251 | Pioneer Ace Hardware<br>4100 Sabana Grande Ave SE<br>Rio Rancho, NM 87124-1150 |
| Pittington Logging<br>PO Box 616<br>Walden, CO 80480-0616 | Pittington Logging LLC<br>2903 Aspen Drive, Unit D<br>United States<br>Loveland, CO 80538-2545 | Polar Logging, Inc.<br>PO Box 616<br>Walden, CO 80480-0616 |
| Polar Logging, Inc.<br>Unit 2903 Aspen Drive, Unit D<br>United States<br>Loveland, CO 80538-2545 | Polsinelli PC<br>Attn: Accounting/Bankruptcy<br>900 W. 48th Place  Suite 900<br>Kansas City, MO 64112-1899 | Polsinelli PC<br>PO Box 878681<br>Kansas City, MO 64187-8681 |
| Pro Pallet<br>920 E. Collins<br>Eaton, CO 80615-8906 | ProTreat Technology Corp<br>PO Box 16640<br>Golden, CO 80402-6010 | Professional Rig Services<br>PO Box 1059<br>Pinedale, WY 82941-1059 |
| Susan Prose<br>1801 California St.<br>Ste. 1600<br>Denver, CO 80202-2628 | Qwest Corporation<br>dba CenturyLink Communications<br>1025 El Dorado Blvd<br>Broomfield, CO 80021-8254 | Rage Unlimited<br>1715 Pearl St., Suite C<br>Boulder, CO 80302-5553 |
| Rangely True Value<br>105 W. Main St.<br>Rangely, CO 81648-2622 | Ray Sheridan<br>3823 Shawnee Way<br>Aurora, CO 80018-4558 | Rethceif Enterprises<br>Rethceif Packaging<br>420 Industrial Parkway<br>Ossian, IN 46777-9121 |
| Rethceif Packaging<br>4200 Industrial Pkwy.<br>Ossian, IN 46777 | Reynolds Transportation LLC<br>PO Box 2437<br>Gillette, WY 82717-2437 | Riatta Enterprises, LLC<br>3330 -80 Frontage Road<br>Cheyenne, WY 82009 |

| | | |
|---|---|---|
| Roubidoux Trucking<br>PO Box 1123<br>Walden, CO 80480-1123 | Rubin Brown<br>PO Box 790379<br>Saint Louis, MO 63179-0379 | S.F. Sparks<br>24742 CR T<br>Dolores, CO 81323 |
| Salida Fire Extinguisher<br>944 E. Rainbow Blvd., #302<br>Salida, CO 81201-2971 | Samuelsons True Value<br>456 Breeze St.<br>Craig, CO 81625-2620 | Saratoga Forest Management, LLC<br>507 E. Bridge St.<br>PO Box 1209<br>Saratoga, WY 82331-1209 |
| Sasquatch Alarms & Communications<br>PO Box 504<br>Fraser, CO 80442-0504 | Schenck Process LLC<br>PO Box 19747<br>Palatine, IL 60055-0001 | Schlieker Transportation<br>7128 CR 19<br>Fort Lupton, CO 80621-9026 |
| Secretary of State of Texas<br>PO Box 13697<br>Austin, TX 78711-3697 | Secure Energy Services USA, LLC<br>5807 Front Street West Williston<br>Williston, ND 58801-8725 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Sharp, Steinke, Sherman & Engle LLC<br>401 Lincoln Ave.<br>PO Box 774608<br>Steamboat Springs, CO 80477-4608 | Matthew D. Skeen Jr.<br>217 E. 7th Ave.<br>Denver, CO 80203-3504 |
| Smart Freight Funding, LLC<br>3803 N. 153rd Street<br>Suite 100<br>Omaha, NE 68116-5176 | State of Wyoming<br>Department of Revenue<br>122 West 25th Street<br>Cheyenne, WY 82002-0110 | Strad Oilfeld Services Inc.<br>999 18th Street, Suite 3000<br>Denver, CO 80202-2449 |
| Strad Oilfield Services Inc.<br>1200, 440 - 2nd Avenue S.W.<br>Calgary, Alberta T2P 5E9<br>Canada | Stray Horse Arts, Inc<br>dba Mastin Group<br>1537 Soda Springs Road<br>Leadville, CO 80461 | TPA Services, Inc.<br>7108 S. Alton Way<br>Bldg L, Suite B<br>Centennial, CO 80112-2123 |
| TPE Services, Inc.<br>7108 S. Alton Way<br>Bldg. L, Suite B.<br>Centennial, CO 80112-2106 | Tarpon Energy Services, LLC<br>Department CH 19870<br>Palatine, IL 60055-0001 | Ten CO, LLC<br>PO Box 2095<br>Riverton, WY 82501-0281 |
| Tervita LLC<br>PO Box 840730<br>Dallas, TX 75284-0730 | Texas Comptroller of Public Accounts<br>Office of Attorney General<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | The Organic Mechanics Soil Company, LLC<br>PO Box 272<br>Modena, PA 19358-0272 |
| Timber Products<br>PO Box 919<br>Conyers, GA 30012-0919 | Timber Products Inspection<br>PO Box 191<br>Conyers, GA 30012-0191 | (p)TIMBERLINE BUILDERS' SUPPLY<br>PO BOX 277<br>WALDEN CO 80480-0277 |

Todd Construction and Logging, Inc.
PO Box 1657
Laramie, WY 82073-1657

Town of Kremmling
PO Box 538
Kremmling, CO 80459-0538

Transpro Inc.
7301 SW Frontage Rd., Suite 3
Fort Collins, CO 80528-9525

Tri-Cor
27 Brookfield Drive
Sparta, NJ 07871-3212

Tri-Cor Flexible Packaging, Inc.
Michele Rutkowski
27 Brookfield Dr.
Sparata, NJ 07871-3212

Trustland Oilfield
720 Western Ave.
Minot, ND 58701-3700

Twin Ports Testing, Inc.
1301 N. 3rd St.
Superior, WI 54880-1131

U.S. Bank National Association
c/o Charles W. Azano, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111-2657

(c)UFP WINDSOR, LLC
15 E WALNUT ST
WINDSOR CO  80550-5164

ULine
PO Box 88741
Chicago, IL 60680-1741

UPS
Lockbox 557
Carol Stream, IL 60132-0557

US Bank, NA as Indenture Trustee
950 17th Street, Suite 1200
Denver, CO 80202-2815

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Uline Shipping Supplies
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

(c)UNGERER & COMPANY
4 UNGERER WAY
LINCOLN PARK NJ  07035-1449

United States Forest Service
1400 Independence Ave, SW
Washington, DC 20250-1111

United States Forest Service
US Attorney's Office
1801 California St.  Ste 1600
Denver, CO 80202-2628

United States Forest Service
US Attorney's Office
District of Colorado
1801 California St., Ste. 1600
Denver, CO 80202-2628

Valley Ace Westcliffe
1 Enterprise Dr.
Westcliffe, CO 81252-8557

Virgil Hyatt
PO Box 852
Walden, CO 80480-0852

Wagner Equipment CO.
PO Box 919000
Denver, CO 80291-9000

Wagner Rents, Inc.
PO Box 911291
Denver, CO 80291-1291

Walden Reservior Company
PO Box 15
Cowdrey, CO 80434-0015

Kevin J. Walsh
One Financial Center
Boston, MA 02111-2621

Western Slope Beverage
PO Box 3779
Eagle, CO 81631-3779

Whiterider Trucking Inc.
8726 Medow Creek Dr.
Highlands Ranch, CO 80126-2917

Willford Trucking, LLC
PO Pox 14
Cowdrey, CO 80434-0014

Wyatt Redi Mix CO
PO Box 1052
Walden, CO 80480-1052

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blackwood Solutions, Inc.
PO Box 486
Bloomington, IN 47402

CH Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

(d)CH Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN 55480

EKS & H
8181 East Tufts Ave., Suite 600
Denver, CO 80237

JRP Transport, LLC
PO Box 1017
Berthoud, CO 80513

Timberline Builders Supply
PO Box 277
Walden, CO 80480

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

UFP Windsor, LLC
15 Walnut St.
Windsor, CO 80550

Ungerer & Company
4 Bridgewater Lane
Lincoln Park, NJ 07035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Jackson County Treasurer

(u)Bradley Woods & Co. Ltd

(u)Confluence Equipment Co. LLC


(u)Crestmark, division of MetaBank, a federal

(d)Energy Center Manhattan Pool
528 Pillsbury Drive
MANHATTAN, KS 66502-7005

(d)Forest Concepts, LLC
3320 West Valley Hwy N, Suite D-110
Auburn, WA 98001-2457

(d)Grand County Treasurer
PO Box 288
Hot Sulphur Springs, CO 80451-0288

(d)Jacobs Corporation
PO Box 727
Harlan, IA 51537-0727

(d)Markit! Forestry Management LLC
3370 Chuckwagon Road
Colorado Springs, CO 80919-3501

(d)Met Inc.
6771 Boone Rd
Boone, CO 81025-9620

(u)Pinnacle Real Estate Advisors

(u)US Bank, National Association

(u)United States Forest Service

End of Label Matrix
Mailable recipients 237
Bypassed recipients 13
Total 250