**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

In re:

Confluence Energy, LLC,

Debtor.

Bankruptcy Case No. 18-17090 EEB

Chapter 11

## FINAL DECREE

The estate of the above-named Debtor having been fully administered, it is

ORDERED that the Chapter 11 case of the above-named Debtor is hereby closed.

DATED this 8th day of December, 2020.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge